FILED

FEB 1 8 2026

CLERK, U.S. DISTRICT CO...
SOUTHERN DISTRICT ... ...

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:26-cr-024 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| SARI MI'KING DARSHAWN CAMP, | ) | T. 18 U.S.C. § 2 |
| also known as "Dilo," | ) | T. 18 U.S.C. § 922(g)(1) |
| ELIJAH EUGENE GATES, | ) | T. 18 U.S.C. § 924(a)(8) |
| also known as "E-Smooth," and | ) | T. 18 U.S.C. § 924(c)(1)(A)(i) |
| AREYON TRISTIAN-MONTAE ALLEN, | ) | T. 18 U.S.C. § 924(c)(1)(A)(ii) |
| also known as "Glizzy" and "762," | ) | T. 18 U.S.C. § 924(c)(1)(A)(iii) |
| | ) | T. 18 U.S.C. § 924(d) |
| Defendants. | ) | T. 18 U.S.C. § 1959(a)(3) |
| | ) | T. 28 U.S.C. § 2461(c) |
| | ) | |

**THE GRAND JURY CHARGES:**

## Introduction

### The Enterprise

1.    At various times relevant to this Indictment, the defendants, SARI MI'KING DARSHAWN CAMP, also known as "Dilo," ELIJAH EUGENE GATES, also known as "E-Smooth," AREYON TRISTIAN-MONTAE ALLEN, also known as "Glizzy" and "762," and others known and unknown to the Grand Jury, were members and associates of a criminal organization known as Strap Gang, whose members and associates engaged in acts of violence, including acts involving murder, robbery, assault, controlled substance distribution, and other criminal activities, and which operated principally in the Des Moines, Iowa, area.

2.    The Strap Gang, including its leaders, members, and associates, constituted an "enterprise," as defined by Title 18, United States Code, Section

1

1959(b)(2), that is, a group of individuals associated in fact, that engaged in, and the activities of which affected, interstate and foreign commerce ("the ENTERPRISE" or "Strap Gang Enterprise").   The ENTERPRISE constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the ENTERPRISE.

3.    The ENTERPRISE's origins began in early- to mid-2021.   Prior to that, some members and associates of the ENTERPRISE referred to themselves as various other names, including 400, Treblock, BMB, SMG, OTB, OTR, 500, Heavy Hittas, and Donnie Gang.

4.    At various times relevant to this Indictment, the ENTERPRISE, through its members and associates, engaged in racketeering activity as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely offenses involving the felonious manufacture, importation, receiving, concealment, buying, selling, and otherwise dealing in controlled substances, in violation of Title 21, United States Code, Sections 841 and 846; and acts involving murder and robbery in violation of the laws of the state of Iowa.

### Purposes of the Enterprise

5.    The principal purposes and objectives of the ENTERPRISE are to distribute controlled substances, obtain money and things of value, and earn and maintain respect in the neighborhood.   To achieve those purposes and objectives, members of the ENTERPRISE committed acts involving murder and assault,

threatened to commit acts of violence, and trafficked in controlled substances. The ENTERPRISE and its members and associates also sought to:

a. Enrich members and associates of the ENTERPRISE through, among other things, the distribution of controlled substances, including marijuana.

b. Preserve and protect the power, territory, and profits of the ENTERPRISE through the use of intimidation, robbery, assault, violence, threats of violence, and acts involving murder.

c. Promote and enhance the ENTERPRISE and its members' and associates' activities.

d. Keep victims and witnesses in fear of the ENTERPRISE and in fear of its members and associates through threats of violence.

e. Provide support to ENTERPRISE members and associates who were charged with, or incarcerated for, gang-related activities.

f. Prevent and retaliate against acts of violence and disrespect perpetrated against the ENTERPRISE, its members, and its associates.

g. Commit acts of violence against members and associates of rival gangs such as Sack Boys, Pop Out Gang, Ape Gang, Only My Brothers, C-Block, East Side Crips, C600, and Brick Babies, as well as other rivals, and to retaliate against acts of violence and disrespect perpetrated against the ENTERPRISE, its members and associates, by these rival gang members and associates and other rivals.

h.    Earn respect or "street" credibility by perpetrating acts of violence, including shootings and acts involving murder and assault against others and responding to any perceived disrespect to members of the ENTERPRISE.

**Means and Methods of the Enterprise**

6.    Among the means and methods by which members and associates of the ENTERPRISE conducted and participated in the conduct of the affairs of the ENTERPRISE were the following:

a.    Members and associates of the ENTERPRISE operated and conducted their affairs through a series of principles, expectations, or codes.

b.    Members and associates of the ENTERPRISE managed the procurement, transfer, use, concealment, and disposal of firearms and dangerous weapons within the ENTERPRISE to protect gang-related personnel and operations, and to deter, eliminate, and retaliate against other rival street gangs and persons.

c.    Members and associates of the ENTERPRISE agreed to distribute and distributed quantities of controlled substances, including marijuana.

d.    Members and associates of the ENTERPRISE agreed, planned, and conspired to commit, and did commit, acts of violence, including acts involving murder and assault, against rival gang members and associates.

e.    Members and associates of the ENTERPRISE used, carried, and possessed firearms.

f.    Members and associates of the ENTERPRISE represented themselves to be and identified themselves as members and associates of the

4

ENTERPRISE in order to intimidate victims and rivals, and in order to enhance their street credibility.

g.    Members and associates of the ENTERPRISE promoted a climate of fear through violence and threats of violence.

h.    Members and associates of the ENTERPRISE showed their membership by using a set of hand signs and also used distinct hand gestures to disrespect rival gang members.    Members and associates of the ENTERPRISE used symbols such as the blood drop emoji.

i.    At times, the ENTERPRISE's members and associates used symbols and code words to communicate in order to avoid revealing their criminal activity.

j.    The ENTERPRISE's members and associates often communicated through various forms of electronic communication, including social media, phone calls, and text messages.

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 1**</u>
**(Assault with a Dangerous Weapon in Aid of Racketeering)**

Paragraphs 1 through 6 of the Introduction of this Indictment are incorporated herein.

On or about July 10, 2025, in the Southern District of Iowa, the defendant, SARI MI'KING DARSHAWN CAMP, also known as "Dilo," for the purpose of maintaining and increasing position in the Strap Gang Enterprise, an enterprise engaged in racketeering activity, knowingly and intentionally assaulted S.B. with a dangerous weapon, in violation of Iowa Code, Sections 708.1(2)(c) and 708.2(3).

This is a violation of Title 18, United States Code, Section 1959(a)(3).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
**(Assault with a Dangerous Weapon and Assault Resulting in Serious Bodily Injury in Aid of Racketeering)**

Paragraphs 1 through 6 of the Introduction of this Indictment are incorporated herein.

On or about July 10, 2025, in the Southern District of Iowa, the defendant, SARI MI'KING DARSHAWN CAMP, also known as "Dilo," together with others known and unknown to the Grand Jury, for the purpose of maintaining and increasing position in the Strap Gang Enterprise, an enterprise engaged in racketeering activity, knowingly and intentionally assaulted W.H. with a dangerous weapon, and did knowingly and intentionally assault W.H. resulting in serious bodily injury to W.H., in violation of Iowa Code, Sections 708.1(2)(c), 708.2(3), 708.2(5), and 702.18.

This is a violation of Title 18, United States Code, Section 1959(a)(3).

7

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 3**</u>
**(Use, Carry, and Discharge a Firearm During and In Relation to a Crime of Violence)**

Paragraphs 1 through 6 of the Introduction of this Indictment are incorporated herein.

On or about July 10, 2025, in the Southern District of Iowa, the defendant, SARI MI'KING DARSHAWN CAMP, also known as "Dilo," knowingly used, carried, and brandished a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, assault with a dangerous weapon in aid of racketeering, as charged in Count 1 of this Indictment, and assault with a dangerous weapon and assault resulting in serious bodily injury in aid of racketeering, as charged in Count 2 of this Indictment, and this firearm was discharged.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A)(i), 924(c)(1)(A)(ii), and 924(c)(1)(A)(iii).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 4</u>
**(Assault with a Dangerous Weapon in Aid of Racketeering)**

Paragraphs 1 through 6 of the Introduction of this Indictment are incorporated herein.

On or about July 19, 2025, in the Southern District of Iowa, the defendants, SARI MI'KING DARSHAWN CAMP, also known as "Dilo," ELIJAH EUGENE GATES, also known as "E-Smooth," and AREYON TRISTIAN-MONTAE ALLEN, also known as "Glizzy" and "762," together with others known and unknown to the Grand Jury, for the purpose of maintaining and increasing position in Strap Gang, an enterprise engaged in racketeering activity, knowingly and intentionally assaulted P.T. with a dangerous weapon, in violation of Iowa Code, Sections 708.1(2)(c), 708.2(3), and 703.1, and aided and abetted the same.

This is a violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 5</u>
**(Use, Carry, and Discharge a Firearm During and In Relation to a Crime of Violence)**

Paragraphs 1 through 6 of the Introduction of this Indictment are incorporated herein.

On or about July 19, 2025, in the Southern District of Iowa, the defendants, SARI MI'KING DARSHAWN CAMP, also known as "Dilo," ELIJAH EUGENE GATES, also known as "E-Smooth," and AREYON TRISTIAN-MONTAE ALLEN, also known as "Glizzy" and "762," knowingly used, carried, and brandished a firearm during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, that is, assault with a dangerous weapon in aid of racketeering, as charged in Count 4 of this Indictment, and aided and abetted the same; and this firearm was discharged.

This is a violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6
**(Felon in Possession of a Firearm)**

On or about August 5, 2025, in the Southern District of Iowa, the defendant, SARI MI'KING DARSHAWN CAMP, also known as "Dilo," in and affecting commerce, knowingly possessed a firearm, namely: a loaded Smith and Wesson, model SW9VE, nine-millimeter pistol, with serial number DYF-4549.  At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**THE GRAND JURY FINDS:**

**<u>NOTICE OF FORFEITURE</u>**

Upon conviction for the offense(s) alleged in Counts 3, 5, and 6 of this Indictment, the defendants, SARI MI'KING DARSHAWN CAMP, also known as "Dilo," ELIJAH EUGENE GATES, also known as "E-Smooth," and AREYON TRISTIAN-MONTAE ALLEN, also known as "Glizzy" and "762," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense(s), including, but not limited to, the firearms and ammunition identified in Counts 3, 5, and 6 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

David C. Waterman
United States Attorney

By: _____
Kristin M. Herrera
Douglas D. Hammerand
Assistant United States Attorneys